**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: Valerie Robinson<br>9900 N Sam Houston Pkwy East<br>Apt 227<br>Humble, TX  77396<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 23-32580-H1 |

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

   Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

   IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Valerie Robinson<br>9900 N Sam Houston Pkwy East<br>Apt 227<br>Humble, TX  77396 | $0.00 | DEBTOR REFUND |
| TEXAS WORKFORCE COMMISSION<br>REGULATORY ENFORCEMENT DIV<br>101 E 15TH ST #556<br>AUSTIN, TX  78778 | $4,536.95 | UNSECURED CREDITOR<br>ACCT:  8865<br>COMM:  OVERPMT OF UNEMP BENEFITS |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,430.84 | UNSECURED CREDITOR<br>ACCT:  7089<br>COMM:  RETAIL - SYNCHRONY BANK / JCP |
| TITLEMAX OF TEXAS, INC<br>15 BULL STREET, SUITE 200<br>SAVANNAH, GA  31401 | $12,197.74 | MOTOR VEHICLE (POST 10/17/05)<br><br>COMM:  2022 HONDA ACCORD (PAY CL) |

CASE NO.  23-32580-H1   Valerie Robinson

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRYEANS & GARCIA, PLLC<br>5001 S COOPER STREET<br>SUITE 209<br>ARLINGTON, TX  76017 | $3,967.00 | ATTORNEY FEES<br><br>COMM:  ATTY FEES PER PLAN - S/ORDER - 7/11/23 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00 | NOT FILED<br>ACCT:  6617<br>COMM:  CREDIT CARD |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00 | NOT FILED<br>ACCT:  5468<br>COMM:  CREDIT CARD |
| COMENITYBANK/NEW YORK<br>PO BOX 182125<br>COLUMBUS, OH  43218 | $0.00 | NOT FILED<br>ACCT:  8178 |
| CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD, MA  02062 | $0.00 | NOT FILED<br>ACCT:  7170<br>COMM:  COLLECTION ATTORNEY |
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $739.99 | UNSECURED CREDITOR<br>ACCT:  7895<br>COMM:  CREDIT CARD - CREDIT ONE BANK, NA |
| MIDNIGHT VELVET/SWISS COLONY<br>ATTN: BANKRUPTCY<br>1112 SEVENTH AVE<br>MONROE, WI  53566 | $0.00 | NOT FILED<br>ACCT:  055O |
| BRYEANS & GARCIA, PLLC<br>5001 S COOPER STREET<br>SUITE 209<br>ARLINGTON, TX  76017 | $500.00 | ATTORNEY FEES<br><br>COMM:  120 DAY HOLD-FFA S/O 7/11/23 |
| **TOTAL:** | **$23,372.52** | |

CASE NO.  23-32580-H1   Valerie Robinson

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred.

DATED: October 09, 2024

/s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail October 11, 2024.

Electronically signed by
David G. Peake, Chapter 13 Trustee